FILED
2012 Oct-30  AM 11:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL MAYS,** ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | Case No.  2:11-cv-01012-AKK-HGD |
| ) | |
| **CARTER DAVENPORT, Warden,** ) | |
| **and THE ATTORNEY GENERAL** ) | |
| **OF THE STATE OF ALABAMA,** ) | |
| ) | |
| Respondents ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith and Rule 58, Fed. R. Civ. P., it is **ORDERED, ADJUDGED and DECREED** that the petition for writ of habeas corpus in this action is due to be and hereby is **DENIED**.

**DONE** this 30th day of October, 2012.



**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE