# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL MAYS, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | Case No.  2:11-cv-01012-AKK-HGD |
| ) | |
| CARTER DAVENPORT, Warden, ) | |
| and THE ATTORNEY GENERAL ) | |
| OF THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith and Rule 58, Fed. R. Civ. P., it is **ORDERED, ADJUDGED and DECREED** that the petition for writ of habeas corpus in this action is due to be and hereby is **DENIED**.

**DONE** this 30th day of October, 2012.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE